UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 JUN -7 AM 9:18

Robert R. Di Trolio
CLERK U.S. DIST. CT.
W.D. OF TN. MEMPHIS

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. No. <u>05-20212-Ma</u> |
| vs. ) | |
| HOWARD COVINGTON ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

<u>Tony R. Arvin, AUSA</u> applies to the Court for a Writ to have <u>Howard Covington #04118339</u> now being detained in the <u>Shelby County Jail</u>, appear before <u>Magistrate Judge Tu M. Pham</u>, <u>13th, June, 2005,</u> at <u>2:00 p.m.</u> for an <u>Initial Appearance</u> and for such other appearances as this Court may direct.

Respectfully submitted this <u>6th</u> day of <u>June, 2005</u>.

_____
TONY R. ARVIN
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application,

DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF/WARDEN, <u>Mark Luttrell</u>

YOU ARE HEREBY COMMANDED to have <u>Howard Covington, #04118339</u> appear before the Honorable <u>Judge Pham</u> at the date and time aforementioned.

ENTERED this __7__ day of __June__, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __6-10-05__

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CR-20212 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT